```
                   UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION


RICKEY BENSON,                      )
                                    )
     Plaintiff,                     )
                                    )
vs.                                 )     No. 23-2582-SHM-tmp
                                    )
KIRK FIELDS AND SUBORDINATES,       )
                                    )
     Defendants.                    )
```

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 13), docketed August 9, 2024, dismissing the case with prejudice.  Any appeal in this matter by Plaintiff proceeding in forma pauperis is not taken in good faith.

# APPROVED:

_/s/  Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| _August 9, 2024_ | WENDRY R. OLIVER |
|---|---|
| DATE | CLERK |
| | _/s/  Jairo Mendez_ |
| | (By) DEPUTY CLERK |